

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18 CR2342-BTM |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MAMBASSE KOULABALO PATARA (1), GERMAN RAMIREZ-GONZALEZ (2), MARY ARAGON (3), aka Mary Delgado | [UNDER SEAL] BTM |
| Defendant. | |

The Court has reviewed the United States' Ex Parte Application for Order Directing Disclosure or Non-Disclosure of Certain Information.

Based on that application, IT IS ORDERED that the information discussed therein need not be disclosed to Defendants Patara, Ramirez and Aragon pursuant to *Brady v. Maryland,* 373 U.S. 83, 87 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).

IT IS FURTHER ORDERED that the Ex Parte Application shall be sealed until further Court order. This order is not sealed.

DATED: 12/9/2018

HONORABLE BARRY TED MOSKOWITZ
United States District Judge