MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Patara, et al

Case Number: 18cr2342-BTM     EXHIBIT LIST     Jury Trial

☒ Plaintiff  ☐ Defendant  ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | February 13, 2019 | February 13, 2019 | Aerial Picture of Checkpoint |
| 2 | February 13, 2019 | February 13, 2019 | Map of Southern California |
| 3 | February 13, 2019 | February 13, 2019 | Map of Checkpoint and POE |
| 4 | February 13, 2019 | February 13, 2019 | Photo of Primary Checkpoint Inspection (1) |
| 4a | February 13, 2019 | February 13, 2019 | Photo of Primary Checkpoint Inspection (2) |
| 5 | February 13, 2019 | February 13, 2019 | Video of Primary Inspection |
| 6 | February 13, 2019 | February 13, 2019 | Video of Secondary Inspection |
| 7 | February 13, 2019 | February 13, 2019 | Photo of Secondary Checkpoint Inspection Area |
| 8 | February 13, 2019 | February 13, 2019 | Picture of Patara Wallet Contents |
| 9 | February 13, 2019 | February 13, 2019 | Picture of LAPD Identification |
| 10 | February 13, 2019 | February 13, 2019 | Picture of Patara |
| 11 | February 13, 2019 | February 13, 2019 | Picture of Ramirez |
| 12 | February 13, 2019 | February 13, 2019 | Picture of Lopez |
| 13 | February 14, 2019 | February 14, 2019 | Picture of Aragon |
| 14 | February 14, 2019 | February 14, 2019 | Aragon TECs Records (Person) |
| 15 | February 14, 2019 | February 14, 2019 | Aragon TECs Records (Vehicle) |
| 16 | ~~February 14, 2019~~ | ~~February 14, 2019~~ | Photo of Aragon at POE (Struck from Evidence) |
| 17 | February 14, 2019 | February 14, 2019 | Certification for Checkpoint Pictures |
| 18 | February 13, 2019 | February 13, 2019 | Sprint Certification for Ramirez |
| 19 | February 13, 2019 | February 13, 2019 | Ramirez Seized Phone (Samsung) |
| 20 | February 15, 2019 | February 15, 2019 | Ramirez Extraction Report (Samsung) |
| 20a | February 15, 2019 | February 15, 2019 | Ramirez Call Logs w/Aragon (Samsung) |
| 20b | February 13, 2019 | February 13, 2019 | Ramirez Call Logs (Sprint) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | USA | VS | Patara, et al |
|---|---|---|---|
| Case Number: | 18cr2342-BTM | EXHIBIT LIST | Jury Trial |

☒ Plaintiff  ☐ Defendant  ☐ Court

| | | | |
|---|---|---|---|
| 21 | February 13, 2019 | February 13, 2019 | Ramirez Phone Subscriber Data |
| 22 | February 13, 2019 | February 13, 2019 | Aragon Call Logs (T-Mobile) |
| 23 | February 13, 2019 | February 13, 2019 | Hernandez Call Logs (Sprint) |
| 24 | February 13, 2019 | February 13, 2019 | Hernandez Phone Subscriber Data |
| 25 | February 13, 2019 | February 13, 2019 | Patara Phone Subscriber Data |
| 26 | February 13, 2019 | February 13, 2019 | Patara Call Logs (Sprint) |
| 27 | February 13, 2019 | February 13, 2019 | Sprint Certification (1) (Patara) |
| 28 | February 13, 2019 | February 13, 2019 | Sprint Certification (2) (Hernandez) |
| 29 | February 13, 2019 | February 13, 2019 | T-Mobile Certification (1) (Aragon) |
| 30 | | | MW video Depo of Fermin Lopez |
| 31 | | | |
| 32 | | | |
| 33 | February 14, 2019 | February 14, 2019 | Rodeway Inn Picture (Street View) |
| 33a | February 14, 2019 | February 14, 2019 | Rodeway Inn Suites |
| 34 | February 14, 2019 | February 14, 2019 | Rodeway Inn Business Records |
| 35 | February 14, 2019 | February 14, 2019 | Rodeway Inn Certification |
| 36 | | | Screenshot of Ramirez Msg from Patara |
| 37 | | | |
| 38 | February 13, 2019 | February 13, 2019 | Patara Seized Phone |
| 39 | February 15, 2019 | February 15, 2019 | Picture of McDonald's in El Centro (1) |
| 39a | February 14, 2019 | February 14, 2019 | Picture of McDonald's in El Centro (2) |
| 40 | February 15, 2019 | February 15, 2019 | Photo of Registration Document and GPS from Ramirez Phone (1) |
| 40a | February 15, 2019 | February 15, 2019 | Photo of Registration Document and GPS from Ramirez Phone (2) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | USA | VS | Patara, et al |
|---|---|---|---|
| Case Number: | 18cr2342-BTM | EXHIBIT LIST | Jury Trial |

☒ Plaintiff    ☐ Defendant    ☐ Court

| | | | |
|---|---|---|---|
| 40b | February 15, 2019 | February 15, 2019 | Photo of Registration Document and GPS from Ramirez Phone (3) |
| 41 | | | Patara DMV Registration |
| 42 | February 14, 2019 | February 14, 2019 | Aragon DMV Registration |
| 43 | | | Golden Acorn Casino Aerial |
| 44 | February 15, 2019 | February 15, 2019 | Golden Acorn Casino Video |
| 45 | February 15, 2019 | February 15, 2019 | Golden Acorn Casino Certification |
| 46 | February 14, 2019 | February 14, 2019 | Video of Aragon Checkpoint Crossing |
| 47 | February 14, 2019 | February 14, 2019 | Picture of Aragon Checkpoint Crossing (Front) |
| 47a | February 14, 2019 | February 14, 2019 | Picture of Aragon Checkpoint Crossing (Rear) |
| 48 | February 15, 2019 | February 15, 2019 | Geolocation Document – April 21st Ramirez-Aragon |
| 48a | February 15, 2019 | February 15, 2019 | Geolocation Document – April 21st- 22nd El Centro Area |
| 48b | February 15, 2019 | February 15, 2019 | Geolocation Document – April 22nd Aragon Phone |
| 48c | February 15, 2019 | February 15, 2019 | Geolocation Document – April 23rd Ramirez and Aragon Phones |
| 48d | February 15, 2019 | February 15, 2019 | Geolocation Document – April 23rd -24th for Hernandez's Phone |
| 48e | February 15, 2019 | February 15, 2019 | Geolocation Document – April 23rd – for Aragon and Ramirez |
| 48f | February 15, 2019 | | Disk |
| 49 | February 13, 2019 | February 13, 2019 | Certification of A-File Records of Ramirez |
| 50 | February 13, 2019 | February 13, 2019 | A-File Records of Ramirez |
| 50a | February 15, 2019 | February 15, 2019 | A-File Records |
| 51 | February 15, 2019 | February 15, 2019 | Cellebrite Certification for Patara Phone |
| 51a | February 15, 2019 | February 15, 2019 | Hard Drive Device |
| 52 | February 15, 2019 | February 15, 2019 | Patara Extraction Report |
| 53 | February 15, 2019 | February 15, 2019 | WhatsApp Messages Patara and Ramirez |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  | USA | VS | Patara, et al |
|---|---|---|---|
| Case Number: | 18cr2342-BTM | EXHIBIT LIST | Jury Trial |

☒ Plaintiff   ☐ Defendant   ☐ Court

| 53a | February 15, 2019 | February 15, 2019 | Cash Wire from WhatsApp Messages between Patara and Ramirez |
|---|---|---|---|
| 54 | February 15, 2019 | February 15, 2019 | Text Messages Patara and Ramirez |
| 55 | February 15, 2019 | February 15, 2019 | Text Messages Hernandez and Patara (1st page only) |
| 56 |  |  | WhatsApp Messages Hernandez and Patara |
| 57 | February 15, 2019 | February 15, 2019 | Contacts for "Victor" from Patara's Phone |
| 58 | February 15, 2019 | February 15, 2019 | Google Maps Prompts (Audio) |
| 59 | February 14, 2019 | February 14, 2019 | Picture of Minerva Hernandez |
|  |  |  |  |
| 60a | February 14, 2019 |  | Subpoena for testimony for Fermin Lopez |