**FILED**

Feb 26 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ stevem      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18cr2342 |
|---|---|
| Plaintiff, | **VERDICT** |
| vs. | |
| MAMBASSE KOULABALO PATARA (1)<br>GERMAN RAMIREZ-GONZALEZ (2)<br>MARY ARAGON (3) | |
| Defendants. | |

We, the jury in the above-captioned case return the following unanimous verdict:

1. As to the charge in Count 1 that:

1  On or about April 24, 2018, within the Southern District of California,
2  defendants Mambasse Koulabalo Patara, German Ramirez-Gonzalez and Mary
3  Aragon, with the intent to violate the immigration laws of the United States,
4  knowing and in reckless disregard of the fact that an alien, namely, Fermin Lopez,
5  had come to, entered and remained in the United States in violation of law, did
6  transport and move said alien within the United States in furtherance of such
7  violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)
8  and (v)(ii).

9

10  We find, Mambasse Koulabalo Patara __NOT GUILTY__.
11                (not guilty or guilty)

12

13  We find, German Ramirez-Gonzalez __GUILTY__.
14                (not guilty or guilty)

15

16  We find, Mary Aragon __GUILTY__.
17                (not guilty or guilty)

18
19
20

2

18cr2342

2.  As to the charge in Count 2 that:

On or about April 24, 2018, within the Southern District of California, defendants Mambasse Koulabalo Patara and Mary Aragon, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, German Ramirez-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(ii).

We find, Mambasse Koulabalo Patara __NOT GUILTY__.
(not guilty or guilty)

We find, Mary Aragon __GUILTY__.
(not guilty or guilty)

**SO SAY WE ALL.**

Dated: __2/22/2019__          __GINGER MATTHEWS__
San Diego, California          Foreperson of the Jury